E-FILED: 9/26/11

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rudy Ramirez<br><br>    PLAINTIFF(S)<br>   vs.<br><br>America's Servicing Company, *et al.*<br><br>    DEFENDANT(S). | CASE NUMBER<br><br>CV 11-4278 PSG (SHx)<br><br><br>**DISMISSAL BY THE COURT<br>FOR FAILURE TO PROSECUTE** |

On July 7, 2011, the Court issued an Order Granting Defendant's Motion to Dismiss, and ordering Plaintiff to show cause in writing on or before September 13, 2011, why the remaining defendants–BNC Mortgage, Inc. and Cal-Western Reconveyance Corporation-should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

In the Order, the Court also advised plaintiff that failure to timely respond would result in dismissal of the case.

To date, no written response to the Order to Show Cause has been filed with the Court nor a proof of service of the summons and Complaint.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED:   September 26, 2011

Philip S. Gutierrez

U.S. District Judge